IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Van Kim Lai, et al., | NO. C 09-05364 JW |
|     Plaintiff, | **JUDGMENT** |
| v. | |
| Kathryn Vanhart, et al., | |
|     Defendants. | |

Pursuant to the Court's May 7, 2010 Order granting Defendants' Motion to Dismiss With Prejudice, judgment is entered in favor of Defendants Kathryn Vanhart, Red Mexican Gangster, Robert Vanhart, Rick Macias, Jr., Anna Pyzyna, Adel Forlanda, Gordon Wall, City of San Jose, County of Santa Clara, Faye Livingston Kimura, Amy Stavis, Dr. Terry Johnston, and Elizabeth Goodley, against Plaintiff Van Kim Lai as to the First and Second Causes of Action for violation of 42 U.S.C. §§ 1983 and 1985.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: May 7, 2010

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

| | |
|---|---|
| 1 | **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:** |
| 2 | Anne Bailey Miller abm@robinsonwood.com |
| | Lance Burrow lance@burrow-law.com |
| 3 | Nkia Desiree Richardson cao.main@sanjoseca.gov |
| 4 | |
| 5 | Gordon Wall<br>6585 Radko Drive<br>San Jose, CA 95119 |
| 6 | |
| 7 | Kathryn Vanhart<br>212 Pinot Court<br>San Jose, CA 95119 |
| 8 | |
| 9 | Robert Vanhart<br>212 Pinot Court<br>San Jose, CA 95119 |
| 10 | |
| 11 | Van Kim Lai<br>834 Tumbleweed Dr.,<br>Salinas, CA 93905 |
| 12 | |
| 13 | Amy Wall<br>2350 Senter Rd., #407<br>San Jose, CA 95112 |

**Dated: May 7, 2010**                     **Richard W. Wieking, Clerk**

                                                                **By:   /s/ JW Chambers**
                                                                         **Elizabeth Garcia**
                                                                         **Courtroom Deputy**